I HEREBY CERTIFY THAT **THIS DOCUMENT WAS SERVED**
BY FAX DELIVERY ON ~~PLAINTIFF~~/DEFENDANT **(OR PARTIES)**
AT THEIR RESPECTIVE **MOST RECENT FAX NUMBER OF RECORD**
IN THIS ACTION **ON THIS DATE.**

DATE: _June 17, 1997_

_____
**DEPUTY CLERK**

**FILED**

JUN 1 7 1997

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 96-1140(A) ER |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING EXTENSION OF MOTION CUT-OFF DATE |
| EDWARD STANLEY, ET AL., | ) | |
| Defendants. | ) | |

The Court, having received and reviewed defendant Stanley's
Motion to Continue Due Date for Motions, which was joined by
defendant Gant, and the Government's opposition thereto, and
having determined that the matter is suitable for disposition
without the need for oral argument, HEREBY ORDERS:

The motion to continue the due date for motions not for
severance or to suppress evidence from May 30, 1997 to June 30,
1997, is DENIED.  Counsel has stated no good cause for his
failure to file any pretrial motions prior to the due date of May
30, of which counsel has had notice since at least December 30,

1  1996, and which has been continued once already at his request.

2  Counsel's failure to, in the five (5) months between December 30,

3  1996 and May 30, 1997, file any motions or to even state in his

4  request for a continuance what motions he plans to file,

5  evidences lack of diligent prosecution rather than legal cause

6  for a continuance.  The Court may set motion cut-off dates for

7  matters which can be determined before trial on the general issue

8  pursuant to Fed. R. Crim. P. 12(c), and the Court has previously

9  done so.

10      MOTION DENIED for lack of good cause shown.

11      IT IS SO ORDERED.

12      IT IS FURTHER ORDERED that the Clerk of the Court shall

13  serve, by telefax or by United States mail, copies of this Order

14  on counsel for the parties in this matter.

15      Dated: June 17, 1997

16

17

18          EDWARD RAFEEDIE
19          United States District Judge

20

21

22

23

24

25

26

27

28

2